MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00231-CKD |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER |
| v. | |
| WILLIAM ASHLEY, | |
| Defendant. | DATE: December 5, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

    Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, William Ashley, both individually and by and through his counsel of record, Rachelle Barbour, hereby stipulate as follows:

    1.    The Complaint in this case was filed on November 15, 2018, and Defendant William Ashley first appeared before a judicial officer of the Court in which the charges in this case were pending on November 21, 2018. The Court continued the detention hearing to November 26, 2018. ECF No. 5. On November 26, the Court set a preliminary hearing date of December 5, 2018.

    2.    By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 14, 2018, at 2:00 p.m., before the duty Magistrate Judge Claire, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing investigation of the case. For example, the government is continuing to

1  collect and produce audio/video files, bank records, and police reports relevant to this case.  Defense
2  counsel needs additional time to review and consider this evidence.  The parties further agree that the
3  interests of justice served by granting this continuance outweigh the best interests of the public and the
4  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5       3.    The parties agree that good cause exists for the extension of time, and that the extension
6  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
7  Therefore, the parties request that the time between December 5, 2018, and December 14, 2018, be
8  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

9       IT IS SO STIPULATED.

Dated:  November 26, 2018           McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ ROBERT J. ARTUZ
                                    ROBERT J. ARTUZ
                                    Special Assistant U.S. Attorney


Dated:  November 26, 2018           /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    William Ashley

STIPULATION                         2

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00191-CKD |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| WILLIAM ASHLEY, | DATE: December 5, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 1, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

FINDINGS AND ORDER                                  1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 14, 2018, at 2:00 p.m. before Magistrate Judge Allison Claire.

2. The time between December 5, 2018, and December 14, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED:  NOVEMBER 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

FINDINGS AND ORDER                                                 2