MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ASHLEY, <br><br> Defendant. | CASE NO. 2:18-MJ-00231-CKD <br><br> STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [~~PROPOSED~~] FINDINGS AND ORDER <br><br> DATE: December 14, 2018 <br> TIME: 2:00 p.m. <br> COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, William Ashley, both individually and by and through his counsel of record, RACHELLE BARBOUR and CHRISTINA SINHA, hereby stipulate as follows:

1. The Complaint in this case was filed on November 15, 2018, and Defendant William Ashley first appeared before a judicial officer of the Court in which the charges in this case were pending on November 21, 2018. The Court continued the detention hearing to November 26, 2018. ECF No. 5. On November 26, the Court set a preliminary hearing date of December 5, 2018.

2. By a previous stipulation and order, the Court continued the preliminary hearing date from December 5, 2018, to December 14, 2018, and excluded time. ECF 11.

3. By this stipulation, the parties jointly move for an additional extension of time of the preliminary hearing date to January 4, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to

Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continued collection and production of discovery and continuing investigation of the case. For example, the government is continuing to collect and produce bank records, victim information, and other evidence relevant to this case. Defense counsel needs additional time to review and consider this evidence. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 14, 2018, and January 4, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: December 11, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: December 11, 2018

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender
Counsel for Defendant
William Ashley

STIPULATION

2

McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>           v.<br><br>WILLIAM ASHLEY,<br><br>                        Defendant. | CASE NO. 2:18-MJ-00231-CKD<br><br>[~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: December 14, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 10, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

/ / /

/ / /

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 4, 2019, at 2:00 p.m.
2. The time between December 14, 2018, and January 4, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).
3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: December 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE