MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ASHLEY, <br><br> Defendant. | CASE NO. 2:18-MJ-00231-CKD <br><br> STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [P~~ROPOSED~~] FINDINGS AND ORDER <br><br> DATE: January 25, 2019 <br> TIME: 2:00 p.m. <br> COURT: Hon. Edmund F. Brennan |

      Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, William Ashley, both individually and by and through his counsel of record, RACHELLE BARBOUR and CHRISTINA SINHA, hereby stipulate as follows:

      1.     The Complaint in this case was filed on November 15, 2018, and Defendant William Ashley first appeared before a judicial officer of the Court in which the charges in this case were pending on November 21, 2018. The Court continued the detention hearing to November 26, 2018. ECF No. 5. On November 26, the Court set a preliminary hearing date of December 5, 2018.

      2.     By a previous stipulations and orders, the Court continued the preliminary hearing date from December 5, 2018, to December 15, 2019, to January 4, 2019, and again to January 25, 2019, and excluded time. ECF 11, 14, & 18.

      3.     By this stipulation, the parties jointly move for an additional extension of time of the

1  preliminary hearing date to February 15, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant
2  to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the delay is
3  required to allow the defense reasonable time for preparation, and for the government's continued
4  review and production of discovery and continuing investigation of the case.  For example, the
5  government is continuing to collect, review, and produce information relating to the defendant's
6  criminal history and conviction record, and other evidence relevant to this case.  Defense counsel needs
7  additional time to review and consider this information and evidence.  The parties further agree that the
8  interests of justice served by granting this continuance outweigh the best interests of the public and the
9  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      4.   The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 25, 2019, and February 15, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

      IT IS SO STIPULATED.

Dated:  January 23, 2019      McGREGOR W. SCOTT
                        United States Attorney

                        /s/ ROBERT J. ARTUZ
                        ROBERT J. ARTUZ
                        Special Assistant U.S. Attorney

Dated:  January 23, 2019      /s/ CHRISTINA SINHA
                        CHRISTINA SINHA
                        Assistant Federal Defender
                        Counsel for Defendant
                        William Ashley

1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:18-MJ-00191-CKD
12 |                    Plaintiff,           | [PROPOSED] FINDINGS AND ORDER
   |                                         | EXTENDING TIME FOR PRELIMINARY
13 |          v.                             | HEARING PURSUANT TO RULE 5.1(d) AND
   |                                         | EXCLUDING TIME
14 | WILLIAM ASHLEY,                         |
   |                                         | DATE: January 25, 2019
15 |                    Defendant.           | TIME: 2:00 p.m.
                                              COURT: Hon. Edmund F. Brennan
16

17     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on January 23, 2019.

19 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

20 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

21 5.1(d) of the Federal Rules of Criminal Procedure.

22     Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

23 of justice served by granting this continuance outweigh the best interests of the public and the defendant

24 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

25 not adversely affect the public interest in the prompt disposition of criminal cases.

26 / / /

27 / / /

28 / / /

[PROPOSED] FINDINGS AND ORDER                              1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to February 15, 2019, at 2:00 p.m.
2. The time between January 25, 2019, and February 15, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).
3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: January 24, 2019

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE