HEATHER E. WILLIAMS, SBN #122664
Federal Defender
CHRISTINA SINHA, SBN # 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
WILLIAM ASHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00031-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO ADVANCE JUDGMENT AND SENTENCING HEARING** |
| vs. | Date: June 13, 2019 |
| WILLIAM ASHLEY, | Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Robert Artuz, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant William Ashley (hereinafter "Parties"), that the Judgment and Sentencing in this matter may be advanced to May 23, 2019.

On March 14, 2019, the Court accepted Mr. Ashley's guilty plea to a single-count Information charging him with Aggravated Identity Theft (18 U.S.C. § 1028A). ECF No. 22, 27. The Court set a schedule for the disclosure of the Presentence Report (PSR) and the filing of objections that *inter alia* set the Judgment and Sentencing date on June 13, 2019. ECF No. 29. Probation filed a draft PSR on May 01, 2019 pursuant to that schedule. ECF No. 31.

The Parties and Probation have consulted and agree there are no substantive issues in

-1-

Stipulation and Order to Advance J&S

dispute. Therefore, the Defense respectfully requests the Court to vacate the June 13, 2019 Judgment and Sentencing date and advance it to May 23, 2019. The Government and Probation do not object to this advancement.

The Parties further stipulate that the Schedule for Disclosure of the Presence Report and for filing of objections may be modified as follows:

| | |
|---|---|
| **Counsel's written objections to the draft Presentence Report shall be delivered to the Probation office and opposing counsel no later than:** | 5/16/2019 |
| **The Presentence Report shall be filed with the Court and disclosed to Counsel no later than:** | 5/17/2019 |
| **Motion for correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:** | 5/20/2019 |
| **Judgment and sentencing date:** | 5/23/2019 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 15, 2019           /s/ Christina Sinha
                             CHRISTINA SINHA
                             Assistant Federal Defender
                             Attorneys for Defendant
                             WILLIAM ASHLEY


Date: May 15, 2019           MCGREGOR W. SCOTT
                             United States Attorney

                             /s/ Robert Artuz
                             ROBERT ARTUZ
                             Assistant United States Attorney
                             Attorney for Plaintiff

-2-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Advance J&S